# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

TOM MEHDIKHANI,

PLAINTIFF

v.

FORD MOTOR COMPANY, ET AL.,

DEFENDANT

CASE NUMBER:

CV 25-4585-AH(BFMx):

**JUDGMENT**   JS-6

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on AUGUST 24, 2025 as docket number 15 (the "Offer of Judgment"), judgment is hereby entered for

TOM MEHDIKHANI, PLAINTIFF

and against

FORD MOTOR COMPANY, ET AL., DEFENDANT

according to the terms set forth in the Offer of Judgment.

Date: SEPTEMBER 4, 2025

By: /s/ YOLANDA SKIPPER
Deputy Clerk