Alisa Goukasian, Esq. (S.B. #236958)
Law Office Of Alisa Goukasian, APC
500 E Olive Avenue Suite 720
Burbank, CA 91501
Telephone: (818) 242-4601
Facsimile: (818) 588-3922

Attorney for Plaintiff,
*TOM MEHDIKHANI*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOM MEHDIKHANI,** an individual<br><br>Plaintiff,<br><br>v.<br><br>**FORD MOTOR COMPANY.** a Delaware Corporation, and DOES 1 through 10, inclusive<br><br>Defendants, | **Case No.**   2:25-CV-4585-AH(BFMx)<br><br>JUDGMENT GRANTING PLAINTIFF'S ATTORNEYS FEES, COSTS AND EXPENSES  [17] |

\#

**Pursuant to the Court's Order dated November 20, 2025, and after consideration of all papers submitted, IT IS ORDERED, ADJUDGED AND DECREED that:**

1. Defendant Ford Motor Company shall pay Plaintiff Tom Mehdikhani, by and through his counsel of record, the Law Office of Alisa Goukasian, APC, attorneys' fees in the amount of $49,797.50 (forty-nine thousand seven hundred ninety-seven dollars and fifty cents).

2. Defendant Ford Motor Company shall pay Plaintiff Tom Mehdikhani costs and expenses in the amount of $4,685.70 (four thousand six hundred eighty-five dollars and seventy cents).

3. The total amount of attorneys' fees and costs awarded is $54,483.20 (fifty-four thousand four hundred eighty-three dollars and twenty cents).

4. Payment of the attorneys' fees and costs shall be made within thirty (30) days of entry of this Judgment pursuant to the Rule 68 offer, unless either party files a notice of appeal.

5. The Court retains jurisdiction to enforce the terms of this judgment and to resolve any disputes arising from its interpretation.

IT IS SO ORDERED:

Dated: DECEMBER 2, 2025

_____
Honorable Anne Hwang
UNITED STATES DISTRICT JUDGE